Affirmed and Memorandum Opinion filed August 30, 2007








Affirmed
and Memorandum Opinion filed August 30, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00194-CR

____________

 

CLIFTON GLENN BENNETT, JR., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 182nd District
Court

Harris County, Texas

Trial Court Cause No.
1072140

 



 

M E M O R A N D U M   O P I N I O N

After a
guilty plea, appellant was convicted of the offense of robbery, and sentenced
on February 7, 2007, to five years= incarceration in the Institutional
Division of the Texas Department of Criminal Justice.

On July
12, 2007, this court ordered a hearing to determine why appellant had not filed
a brief in this appeal.  On August 8, 2007, the trial court conducted the
hearing.  The record of the hearing was filed in this court on August 8, 2007.

The
trial court found appellant no longer desires to prosecute his appeal.








On the
basis of those findings, this court has considered the appeal without briefs.  
See Tex. R. App. P. 38.8(b).

The case
is before us without a reporter=s record or bill of exception.  We find no fundamental error.

Accordingly,
the judgment of the trial court is affirmed.

 

PER
CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 30, 2007.

Panel consists of Justices Yates,
Seymore, and Guzman.

Do Not Publish C Tex.
R. App. P. 47.2(b).